IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SALVADOR SOTO,

    Plaintiff,

vs.                                                                                 1:22-CV-00740 DHU/LF

ISMAEL TREJO, Executive Director of the
New Mexico Racing Commission, in his individual
capacity; LEASA JOHNSON, Investigator for the
New Mexico Racing Commission, in her individual
capacity; THE BOARD OF STEWARDS OF
RUIDOSO DOWNS, in their individual capacities;
VIOLET SMITH, Steward, in her individual capacity;
THE BOARD OF STEWARDS AT ZIA PARK,
in their individual capacities; and RON WALKER,
Steward, in his individual capacity,

    Defendants.

## FINAL JUDGMENT

       Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order Granting Defendants' Motion to Dismiss,

**IT IS ORDERED** that this case is **DISMISSED** with prejudice.

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE